

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-22-00159-CV
_____

AMERICAN AIRLINES, INC., Appellant

V.

SABRE HOLDINGS CORPORATION, SABRE GLBL INC., AND SABRE
TRAVEL INTERNATIONAL LIMITED, Appellees

---

On Appeal from the 236th District Court
Tarrant County, Texas
Trial Court No. 236-326225-21

---

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered appellant's "Unopposed Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: October 13, 2022